## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:16-CV-00093-MW-GRJ

Plaintiff:
**SABAL TRAIL TRANSMISSION, LLC,**

vs.

Defendant:
**+/-18.27 ACRES OF LAND IN LEVY COUNTY FLORIDA, LEE A. THOMAS AS SUCCESSOR SOLE TRUSTEE OF THE TRUST AGREEMENT FOR LEE A. THOMAS DATED OCTOBER 1, 2003, LEE A. THOMAS, AS SUCCESSOR SOLE TRUSTEE OF THE TRUST AGREEMENT FOR BEVERLY J. THOMAS DATED OCTOBER 1, 2003, RYAN BRADY THOMAS A/K/A RYAN B. THOMAS, DRUMMOND COMMUNITY BANK, UNKNOWN OWNERS, IF ANY, AND PNC BANK, NATIONAL ASSOCIATION,**

For:
Bruce Harris
Harris Harris Bauerle Ziegler Lopez
1201 E. Robinson Street
Orlando, FL 32801

Received by Magic Process LLC on the 13th day of December, 2017 at 12:21 pm to be served on **PNC BANK, NATIONAL ASSOCIATION, 12405 CITRUS TOWER BLVD, CLERMONT, FL 34711**.

I, Carol Gray, do hereby affirm that on the **14th day of December, 2017** at **9:14 am, I:**

Served the within named **CORPORATION** by delivering a true copy of the **PLAINTIFF'S NOTICE OF ADDING DEFENDANT, PNC BANK, SECOND NOTICE OF CONDEMNATION** with the date and hour of service endorsed thereon by me, to: **DIONNE HANNAH** as **TELLER SUPERVISOR** for **PNC BANK, NATIONAL ASSOCIATION**, at the address of: **210 CITRUS TOWER BOULEVARD, CLERMONT, FL 34711**, and informed said person of the contents therein, in compliance with Florida Statutes.

**Additional Information pertaining to this Service:**
Service attempted at the address given of 12405 Citrus Tower Blvd., Clermont, FL 34711. There is no PNC Bank at this location. It is an empty lot.

Located and served at 210 Citrus Tower Boulevard, Clermont, FL 34711.



## RETURN OF SERVICE For 1:16-CV-00093-MW-GRJ

Under penalty of perjury I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the circuit in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

*Carol Gray* (signature)

**Carol Gray**
CPS 08-3-21

**Magic Process LLC**
924 North Magnolia Ave
Ste 220
Orlando, FL 32803
(407) 541-0697

Our Job Serial Number: MGP-2017003944